IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES SCOTT,

    Plaintiff,

  v.

STATE OF CALIFORNIA, *et al.*,

    Defendants.

No. C 09-01699 WHA

**ORDER DISMISSING CASE**

Based on the telephone call plaintiff had with my staff today, this case is **DISMISSED WITHOUT PREJUDICE** due to his being unable to obtain counsel at this time.

**IT IS SO ORDERED.**

Dated: July 30, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE